IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF R-G PREMIER BANK OF PUERTO RICO<br><br>Plaintiff,<br><br>v.<br><br>VICTOR J. GALÁN-ALVAREZ, et al.<br><br>Defendants | Civil No. 12-1029 |

## ADDENDUM TO JOINT PROPOSED DISCOVERY PLAN PURSUANT TO RULE 26(f)

Counsel for all parties in the above-captioned matter have agreed to the following addendum to the Join Proposed Discovery Plan Pursuant to Rule 26(f) (ECF No. 83) ("Joint Discovery Plan") concerning the production of electronically stored information ("ESI"), which they hereby submit for this Court's consideration:[1]

### A. Form of Production for Email

All electronic email from Windows-Based ESI ("WESI") shall be produced in multi-page Group IV TIFF file format or .TIF file format (or, if use of that format is not possible, in single-page PDF file format) complete with full text extracts and the

---

[1] The submission of this Addendum to the Discovery Plan is not intended as an affirmation by Defendants of the Discovery Plan, portions of which are the subject of motions before the Court.

following fields of metadata (to the extent such fields are available):

1. Custodian (Name of Custodian from which file is being produced);

2. Other Custodians (Name(s) of custodian(s) who had exact copy of message before de-duplication);

3. Author (FROM field);

4. CC;

5. BCC;

6. Recipient (TO field);

7. Subject;

8. MD5 Hash Value or Equivalent;

9. Date Sent (Date the email was sent);

10. Date Received (Date the file was received);

11. Time Sent (Time the email was received);

12. Time Received (Time the email was received);

13. File Type (Application used to create the file);

14. Page Count;

15. File Ext (Extension for the file);

16. PST Name;

17. Body Text (Extracted text);

18. Bates Begin (Beginning Production Number);

19. Bates End (Ending Production Number);

20. Attach Begin (Beginning Attachment Range Number);

21. Attach End (Ending Attachment Range Number).

Electronic mail shall be produced along with attachments to the extent the message

and/or any attachment is responsive, relevant and not privileged. As a general matter, subject to specific review, a message and its attachments(s) shall not be withheld from production based on the fact that one or more attachments are privileged, irrelevant or non-responsive. To the extent the message and/or one or more attachments is privileged or non-responsive, the responsive, non-privileged documents shall be produced along with placeholders indicating whether the individual record was withheld as non-responsive or privileged.

B. **Form of Production for Other WESI**

All other WESI (including attachments to electronic mail) shall be produced in multi-page Group IV TIFF or .TIF file format (or, if use of that format is not possible, in PDF format) complete with full text extracts and the following fields of metadata (to the extent such fields are available):

1. Custodian (Name of Custodian from which file is being produced);
2. Other Custodians (Name(s) of custodian(s) who had exact copy of file before de-duplication);
3. Author;
4. Doc Title (Title of file from properties);
5. Doc Subject (Subject of file from properties);
6. Created Date (Date the file was created);
7. Created Time (Time the file was created);
8. Last Modified Date (Date the file was last modified);
9. Last Modified Time (Time the file was last modified);
10. Last Saved By (Name of user who last saved the file);
11. File Type (Application used to create the file);

    12. Doc Type;

    13. Page Count;

    14. File Ext (Extension for the file);

    15. File Path (Full path of the original location where the file was located);

    16. MD5 Hash (MD5 hash value of the original native file);

    17. Body Text (OCR for paper data or Extracted text for all ESI);

    18. Bates Begin (Beginning Production Number);

    19. Bates End (Ending Production Number);

    20. Attach Begin (Beginning Attachment Range Number);

    21. Attach End (Ending Attachment Range Number).

    **C. Form of Production for Spreadsheets and Other Documents**

All ESI in the form of spreadsheets other documents with limited accessibility in the Group IV TIFF format shall be produced in native format in addition to the format set forth above.  Each spreadsheet will be renamed with an appropriate Bates number which shall also be reflected on a placeholder in the image production and load files.

    **D.  Load Files**

All WESI and Department-Based WESI shall be produced along with a Concordance  load file indicating Bates numbers and document breaks.  Metadata shall be produced in Concordance DAT file format or XML format and extracted full text shall be provided in TXT file format at the document level.  Non-Windows-Based Applications and Data shall be subject to the same production requirements to the extent technically and legally feasible.

**E. Data Culling**

The following file types shall be processed for production:

| Extension | File Type Description |
|---|---|
| cab | Windows cabinet (data will be extracted and container file discarded) |
| csv | Comma Separated Values file |
| dat | Data file |
| dbx | Outlook Express E-mail Folder |
| doc | Microsoft Word |
| docm | Microsoft Word Template |
| docx | Microsoft Word 2007 |
| dxl | Lotus Notes Message File |
| efax | Electronic fax documents |
| email | Outlook Express E-mail Message |
| eml | Outlook Express Saved Mail Messages files |
| emlx | Apple Mail email message |
| htm | Web based Hypertext Markup Language File |
| html | Web based Hypertext Markup Language File |
| ics | Calendar items in Apple, Mozilla and Google |
| key | Apple Keynote presentation |
| maildb | MSN Mail file |
| mbox | Unix MAC file mailbox |
| mlm | Novell GroupWise saved email message file |
| mdb | Microsoft Access Database |
| mht | Multipurpose Internet Mail Extension |
| mim | Multipurpose Internet Mail Extension |
| mpp | Microsoft Project |
| msg | Outlook Mail Message |
| nsf | Lotus Notes (data will be extracted and container file discarded) |
| ost | Microsoft Outlook Offline folder file (data will be converted, extracted, and container file discarded) |
| pbx | Outlook Express message folder file |
| pdf | Portable Document Format File |
| pop | PopMail messages file |
| pps | Microsoft PowerPoint Show file |
| ppt | Microsoft PowerPoint file |
| pptx | Microsoft PowerPoint 2007 |
| pst | Microsoft Outlook personal folder file (data will be extracted and container file discarded) |
| rar | WinRAR compressed archive (data will be extracted and container file discarded) |
| rtf | Rich Text Format |

| Extension | File Type Description |
|---|---|
| tif | Tagged Image Format |
| txt | Plain Text File |
| wks | Works Spreadsheet |
| wpd | Corel WordPerfect |
| wps | Microsoft Works Word Processor Document |
| xls | Microsoft Excel |
| xlsx | Microsoft Excel 2007 |
| xml | Extensible Markup Language file |
| xps | XML Paper Specification |
| zip | Zipped Compressed File (data will be extracted and container file discarded) |
| zipx | Extended Zipped Compressed File (data will be extracted and container file discarded) |

**F. Duplicates**

To the extent that exact duplicate documents (based on MD5 or SHA-1 hash values at the document level) reside within a party's data set, each party shall produce only a single copy of a responsive document.  This de-duping should be done only on exact duplicative documents, and only documents where the main parent document and the attachments are exactly the same will be considered exact duplicates.

**G. Bates Scheme and Confidentiality Designations**

All documents produced by the Plaintiff shall include a Bates stamp on each page produced, numbered sequentially from FDIC-RGP-0000001.

The confidentiality status of all documents shall be governed by the Stipulated Protective Order (ECF No. 48), entered on April 4, 2012.  In accordance with the Stipulated Protective Order, any document designated as Confidential Material shall be marked with the legend "CONFIDENTIAL" on the first page of the document.

**H. Encryption**

All encryption shall be made using TrueCrypt software.

### I. Mechanics of Production Under the Joint Discovery Plan

Under Phase III of the Category A production in the Joint Discovery Plan, the Plaintiff shall produce one (1) electronic copy of the Category A production to the Defendants. Defendants shall copy and distribute the production among themselves. Unless otherwise mutually agreed by the parties, hard copy documents will not be produced under Category A.

As described in Phase C of the Category B Production in the Joint Discovery Plan, the Plaintiff shall provide the Defendants with the means to remotely access and review all Category B ESI. The Plaintiff will provide access to each group of Defendants who mutually share counsel for up to ten (10) reviewers.

Under Phase E of the Category B Production in the Joint Discovery Plan, the Plaintiff shall produce one (1) electronic copy of the Category B production to the Defendants. The Defendants shall copy and distribute the production among themselves. Unless otherwise mutually agreed by the parties, hard copy documents will not be produced under Category B.

By agreement of the parties, productions may be made on a rolling basis under either the Category A or Category B productions of the Joint Discovery Plan.

The parties agree and acknowledge that production by the Plaintiff under either Category A and/or Category B of the Joint Discovery Plan does not waive the rights of the Plaintiff to seek compensation for the costs of such production through an order from the Court. The parties also agree and acknowledge that nothing in this Addendum obligates Defendants to pay any costs of review, production and/or copying. For the avoidance of doubt, the Addendum addresses only technical aspects of the production

and is neutral with regard to costs.

**AGREED AND APPROVED:**

s/ Dennis S. Klein
Dennis S. Klein
Attorney for FDIC-R
Hughes Hubbard & Reed LLP
201 S Biscayne Blvd.
Suite 2500
Miami, FL 33131-4305
Tel: 305-379-5574
Fax: 305-371-8759
klein@hugheshubbard.com

s/ Jairo A. Mellado-Villareal
Jairo A. Mellado-Villareal
Attorney for FDIC-R
Mellado & Mellado Villareal
165 Ponce de Leon Ave.
Suite 202
San Juan, PR 00917-1233
Tel: 787-767-2600
Fax: 787-767-2645
jmellado@mellado.com

Mary C. Gill
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
Alston & Bird LLP
1201 West Peachthree Street
Atlanta, GA 30309
Tel: 404-881-7276
Fax: 404-253-8192
mary.gill@alston.com

Francisco G. Bruno-Rovira
Gustavo A. Gelpi
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5605
Fax: 787-759-2797
fgb@mcvpr.com
gag@mcvpr.com

**AGREED AND APPROVED:**

_____
Dennis S. Klein
Attorney for FDIC-R
Hughes Hubbard & Reed LLP
201 S Biscayne Blvd.
Suite 2500
Miami, FL 33131-4305
Tel: 305-379-5574
Fax: 305-371-8759
klein@hugheshubbard.com

*/s/ Mary C. Gill*
_____
Mary C. Gill
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
Alston & Bird LLP
1201 West Peachthree Street
Atlanta, GA 30309
Tel: 404-881-7276
Fax: 404-253-8192
mary.gill@alston.com

_____
Jairo A. Mellado-Villareal
Attorney for FDIC-R
Mellado & Mellado Villareal
165 Ponce de Leon Ave.
Suite 202
San Juan, PR 00917-1233
Tel: 787-767-2600
Fax: 787-767-2645
jmellado@mellado.com

_____
Francisco G. Bruno-Rovira
Gustavo A. Gelpi
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5605
Fax: 787-759-2797
fgb@mcvpr.com
gag@mcvpr.com

**AGREED AND APPROVED:**

_____
Dennis S. Klein
Attorney for FDIC-R
Hughes Hubbard & Reed LLP
201 S Biscayne Blvd.
Suite 2500
Miami, FL 33131-4305
Tel: 305-379-5574
Fax: 305-371-8759
klein@hugheshubbard.com

_____
Jairo A. Mellado-Villareal
Attorney for FDIC-R
Mellado & Mellado Villareal
165 Ponce de Leon Ave.
Suite 202
San Juan, PR 00917-1233
Tel: 787-767-2600
Fax: 787-767-2645
jmellado@mellado.com

_____
Mary C. Gill
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
Alston & Bird LLP
1201 West Peachthree Street
Atlanta, GA 30309
Tel: 404-881-7276
Fax: 404-253-8192
mary.gill@alston.com

_____
Gustavo A. Gelpí
Francisco G. Bruno-Rovira
Attorney for Victor J. Galan-Alvarez,
Nelida Fundora, Conjugal Partnership
Galan-Fundora, Victor L. Galan-Fundora,
and Magdalena Martinez, and Conjugal
Partnership Galan-Martinez
McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5605
Fax: 787-759-2797
fgb@mcvpr.com
gag@mcvpr.com

*Breon S. Peace* /s/
Breon S. Peace
Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel: 212-225-2059
Fax: 212-225-3999
bpeace@cgsh.com

Heriberto J. Burgos-Perez
Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Marina Valentin, Conjugal Partnership McCormack-Valentin, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez
Casellas, Alcover & Burgos PSC
PO Box 364924
San Juan, PR 00936-4924
Tel: 787-756-1400 x225
Fax: 787-756-1401
hburgos@cabprlaw.com

David H. Topol
Attorney for XL Specialty Insurance Company
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: 202-719-7000
Fax: 202-719-7049
dtopol@wileyrein.com

Harold D. Vicente-Colon
Attorney for XL Specialty Insurance Company
Vicente & Cuebas
P. O. BOX 11609
San Juan, PR 00910-1609
Tel: 787-751-8000
Fax: 787-756-5250
hdvc@vc-law.net

| | |
|---|---|
| _____<br>Breon S. Peace<br>Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: 212-225-2059<br>Fax: 212-225-3999<br>bpeace@cgsh.com | */s/ Heriberto J. Burgos-Perez*<br>_____<br>Heriberto J. Burgos-Perez<br>Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Marina Valentin, Conjugal Partnership McCormack-Valentin, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez<br>Casellas, Alcover & Burgos PSC<br>PO Box 364924<br>San Juan, PR 00936-4924<br>Tel: 787-756-1400 x225<br>Fax: 787-756-1401<br>hburgos@cabprlaw.com |
| _____<br>David H. Topol<br>Attorney for XL Specialty Insurance Company<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel: 202-719-7000<br>Fax: 202-719-7049<br>dtopol@wileyrein.com | _____<br>Harold D. Vicente-Colon<br>Attorney for XL Specialty Insurance Company<br>Vicente & Cuebas<br>P. O. BOX 11609<br>San Juan, PR 00910-1609<br>Tel: 787-751-8000<br>Fax: 787-756-5250<br>hdvc@vc-law.net |

| | |
|---|---|
| Breon S. Peace<br>Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: 212-225-2059<br>Fax: 212-225-3999<br>bpeace@cgsh.com | Heriberto J. Burgos-Perez<br>Attorney for Juan Agosto Alicea, Daphne Bouet Grana, Conjugal Partnership Agosto-Bouet, Laureano Carus, Nilda Gonzalez, Conjugal Partnership Carus-Gonzalez, Ileana Colon-Carlo, Jose Gonzalez, Conjugal Partnership Colon-Gonzalez, Benigno Fernandez, Jacqueline McNee, Conjugal Partnership Fernandez-McNee, Melba Figueroa-Padilla, Roberto Gorbea-Frontera, Nellie Diaz-Pabon, Conjugal Partnership Gorbea-Diaz, Eduardo McCormack, Marina Valentin, Conjugal Partnership McCormack-Valentin, Ivan Mendez, Raquel Miro Cordero, Conjugal Partnership Mendez-Miro, Rafael Nin-Torregrosa, Doris Price, Conjugal Partnership Nin-Price, Gilberto Rivera-Arreaga, Grisel Fuentes, Conjugal Partnership Rivera-Fuentes, Rolando Rodriguez Mancebo, Maria Vina, Conjugal Partnership Rodriguez-Vina, and Enrique Umpierre-Suarez<br>Casellas, Alcover & Burgos PSC<br>PO Box 364924<br>San Juan, PR 00936-4924<br>Tel: 787-756-1400 x225<br>Fax: 787-756-1401<br>hburgos@cabprlaw.com |
| David H. Topol<br>Attorney for XL Specialty Insurance Company<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel: 202-719-7000<br>Fax: 202-719-7049<br>dtopol@wileyrein.com | Harold D. Vicente-Colon<br>Attorney for XL Specialty Insurance Company<br>Vicente & Cuebas<br>P. O. BOX 11609<br>San Juan, PR 00910-1609<br>Tel: 787-751-8000<br>Fax: 787-756-5250<br>hdvc@vc-law.net |

| | |
|---|---|
| _s/ Ramon A. Cestero-Jr._____ | s/ Ignacio Rivera-Cordero_____ |
| Ramon A. Cestero-Jr. | Ignacio Rivera-Cordero |
| racestero@hotmail.com | Attorney for Luis Berrios |
| Juan R. Rivera-Font | Rivera, Barreto & Torres Manzano Law Office |
| juan@riverafont.com | PO Box 9023880 |
| Attorneys for Joseph L. Abrahamson, Margarita Colon, and Conjugal Partnership Abrahamson-Colon | San Juan, PR 00902-3880 |
| Ramon A. Cestero - Law Office | Tel: 787-724-6398 |
| Juan R Rivera Font LLC | Fax: 787-725-1974 |
| Tres Rios Building, Suite 300 | riveracorderoi@microjuris.com |
| 27 Gonzalez Giusti | |
| San Patricio | |
| Guaynabo, PR 00968 | |
| Tel: 787-250-8040 | |
| Tel: 787-751-5290 | |
| Fax: 787-759-6768 | |

| | |
|---|---|
| _s/ Maria Cristina Mullan-Davila_____ | _s/ Osvaldo Carlo Linares_____ |
| Maria Cristina Mullan-Davila | Osvaldo Carlo Linares, Esq. |
| Attorney for James Lynn, Sylvia Diaz-Rodriguez, and Conjugal Partnership Lynn-Diaz | Attorney for Victor Irizarry-Ortiz, Adriana Roig-Lopez, and Conjugal Partnership Irizarry-Roig |
| Rios Gautier & Cestero, PSC | Carlo Law Offices, P.S.C. |
| 27 Gonzalez Giusti Ave. | American Airlines Building |
| Suite 300 | 1509 Lopez Landron 10th |
| Guaynabo, PR 00968 | San Juan, PR 00911 |
| Tel: 787-753-7750 | Tel: 787-721-6010 |
| Fax: 787-759-6768 | Fax: 787-721-3972 |
| cmullan@riosgautierlaw.com | ocarlo@carlolaw.com |

s/ Harry Anduze Montano_____
Harry Anduze Montano
Attorney for Ramon Prats, Teresita Noble,
and Conjugal Partnership Prats-Noble
Harry Anduze Montano Law Offices
1454 Fernandez Juncos Avenue
San Juan, PR 00909
Tel: 787-723-7171
Fax: 787-723-7278
splaud@handuze.com