IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**               January 22, 2014

**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver of
R-G PREMIER OF PUERTO RICO

Plaintiff

vs                                                      CIVIL 12-1029CCC

VICTOR J. GALAN-ALVAREZ, his spouse
NELIDA FUNDORA, and the conjugal
partnership formed between them;
RAMON PRATS, his spouse TERESITA
NOBLE-FERNANDEZ, and the conjugal
partnership formed between them;
ROLANDO RODRIGUEZ-MANCEBO, his
spouse MARIA VINA, and the conjugal
partnership formed between them;
VICTOR IRIZARRY-ORTIZ, his spouse
ADRIANA ROIG-LOPEZ, and the conjugal
partnership formed between them;
JOSEPH L. ABRAHAMSON, his spouse
MARGARITA COLON, and the conjugal
partnership formed between them; JUAN
AGOSTO-ALICEA, his spouse DAPHNE
BOUETGRANA, and the conjugal
partnership formed between them; LUIS
BERRIOS, his spouse ROSA
CAAMANO-LOPEZ, and the conjugal
partnership formed between them;
LAUREANO CARUS, his spouse NILDA
GONZALEZ, and the conjugal partnership
formed between them; ILEANA M.
COLON-CARLO, her spouse JOSE
GONZALEZ, and the conjugal partnership
formed between them; BENIGNO R.
FERNANDEZ-ROSARIO, his spouse
JACQUELINE MCNEE, and the conjugal
partnership formed between them;

MINUTES OF PROCEEDINGS
Civil 12-1029CCC
January 22, 2014
Page 2

MELBA FIGUEROA-PADILLA; VICTOR L. GALAN-FUNDORA, his spouse MAGDALENA MARTINEZ, and the conjugal partnership formed between them; ROBERTO GORBEA-FRONTERA, his spouse NELLIE DIAZ-PABON, and the conjugal partnership formed between them; JAMES LYNN, his spouse SYLVIA DIAZ-RODRIGUEZ, and the conjugal partnership formed between them; EDUARDO MCCORMACK, his spouse MARINA VALENTIN, and the conjugal partnership formed between them; IVAN MENDEZ, his spouse RAQUEL MIRO-CORDERO, and the conjugal partnership formed between them; RAFAEL NIN-TORREGROSA, his spouse DORIS PRICE, and the conjugal partnership formed between them; GILBERTO RIVERA-ARREAGA, his spouse GRISEL FUENTES, and the conjugal partnership formed between them; ENRIQUE UMPIERRE-SUAREZ; and XL SPECIALTY INSURANCE COMPANY

Defendants

Plaintiff Federal Deposit Insurance Corporation as Receiver for RG Premier Bank's Request for Authorization to Renew Efforts to Locate and Serve Joseph Alexei Abrahamson-Colón filed on January 9, 2014 (**docket entry 267**) is GRANTED until FEBRUARY 11, 2014.  No further extensions shall be granted.

S/María Luz Díaz, Judicial Assistant